

ORIGINAL

FILED

02/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION
OF ALEXANDER JOHN NEUDECK

O R D E R

Alexander John Neudeck has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Neudeck's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule VII.A.9, Rules of Admission.

Neudeck passed the MPRE in 1996 when seeking admission to the practice of law in the State of Colorado. The petition states that Neudeck has been practicing law "without ethical or disciplinary issues" since 1996. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Alexander John Neudeck to waive the three-year test requirement for the MPRE for purposes of Neudeck's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 15 day of January, 2022.

_____
Chief Justice

_____

_____

FILED

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices

2